In the Matter of the Application of THE MAYOR, ALDER-
MEN AND COMMONALTY OF THE CITY OF NEW YORK, Rela-
tive to Acquiring Title for the Purpose of Opening East
One Hundred and Sixty-ninth Street, Appellant; WILLIAM
N. CLARK et al., Respondents.

*Matter of The Mayor*, 40 App. Div. 452, affirmed.
(Argued November 20, 1899; decided December 5, 1899.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered May
22, 1899, affirming an order of Special Term confirming the
report of the commissioners of estimate and apportionment in
the above proceeding.

*John Whalen, Corporation Counsel* (*Theodore Connoly,
John P. Dunn* and *Thomas C. Blake,* of counsel) for
appellant.

*Ernest Hall, Thomas S. Bassford, Truman H. Baldwin,
John C. Shaw, James A. Deering* and *Charles V. Gabriel*
for respondents.

Order affirmed, with costs, on opinion below.
All concur.